United States District Court
Southern District of Texas
**ENTERED**
November 04, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JONATHAN PEARSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00106 |
| | § | |
| SHARK REEF RESORT LLC, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Pursuant to the parties' Stipulation of Dismissal with Prejudice (D.E. 23), the Court enters final judgment dismissing this action with prejudice.

ORDERED on November 3, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE